THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAQUANA M. JONES | § | CASE NO. 10-40259-R |
| XXX-XX-9847 | § | |
| 12428 FOOTHILL LANE | § | CHAPTER 13 |
| FRISCO, TX 75035 | § | |
| | § | |
| ANDREA Y. JONES | § | |
| XXX-XX-5520 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | WELLS FARGO HOME MORTGAGE | $4,546.60 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $4,546.60 is attached to this Notice.

Dated: 8/29/11

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JAQUANA M. JONES
ANDREA Y. JONES
12428 FOOTHILL LANE
FRISCO, TX 75035

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX 75090-5022

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
MAC#X2302-04C
DES MOINES, IA 50328

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
1900 SAINT JAMES PLACE, SUITE 500
HOUSTON, TX 77056

WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD.
FORT MILL, SC 29715-7200

Dated: 8/29/11

Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds